

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-11-00023-CV

_____

IN THE INTEREST OF A.P., G.P., AND L.P., CHILDREN

On Appeal from the 336th Judicial District Court
Fannin County, Texas
Trial Court No. FA-10-39888

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM  OPINION

Bonnie Allen Pieroni, the sole appellant in this case, has filed a motion seeking to dismiss her appeal.  Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, her motion is granted.  TEX. R. APP. P. 42.1.

We dismiss the appeal.


Bailey C. Moseley
Justice

Date Submitted:     April 12, 2011
Date Decided:       April 13, 2011